# EXHIBIT A






# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile
- More



**robinthicke** • Follow

**robinthicke** Thank you @markbirnbaum and @catchsteak for an amazing dinner with the hottest mama in the world! @aprillovegeary

Edited · 31w

**markbirnbaum** Love you guys!
31w   3 likes   Reply

**emersonmiller** 🤘🤘
31w   2 likes   Reply

View replies (1)

**catch** ❤️ 🙌 #catchsteak
31w   Reply

Liked by inkboy_p and others
JUNE 18, 2022

Add a comment...   Post

More posts from **robinthicke**



