1  Joanna Ardalan (Bar No. 285384)
   jardalan@onellp.com
2  Evan Littman (Bar No. 358272)
   elittman@onellp.com
3  **ONE LLP**
4  23 Corporate Plaza, Suite 150-105
   Newport Beach, CA 92660
5  Telephone:   (310) 437-8665
   Facsimile:    (310) 943-2085
6

7  *Attorneys for Plaintiff,*
   BackGrid USA, Inc.
8

9

10

11

               **UNITED STATES DISTRICT COURT**
12
               **CENTRAL DISTRICT OF CALIFORNIA**
13
               **WESTERN DIVISION**
14

15 | BACKGRID USA, INC., a California | Case No.:2:25−cv−05460 MRA
   | corporation,                    | (MBKx)
16 |                                 | Hon. Monica Ramirez Almadani
17 |        Plaintiff,               |
   |                                 | **NOTICE OF SETTLEMENT AND**
18 |   v.                            | **RESPONSE TO OSC**
19 | ROBIN THICKE, an individual; and|
   | DOES 1-10, inclusive,           |
20 |                                 |
21 |        Defendants.              |
22

23

24

25

26

27

28

---

**NOTICE OF SETTLEMENT AND RESPONSE TO OSC**

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff BackGrid USA, Inc. and Defendant Robin Thicke have agreed to a settlement in principle and are working on executing a longform settlement agreement. The case will be dismissed after certain conditions are satisfied. The Parties expect dismissal within 75 days.

Dated:  August 22, 2025        **ONE LLP**

By: */s/ Joanna Ardalan*
    Joanna Ardalan
    Evan Littman

    *Attorneys for Plaintiff,*
    BackGrid USA, Inc.

**NOTICE OF SETTLEMENT AND RESPONSE TO OSC**